395 A.2d 966

Commonwealth v. DeVoute, Appellant.

Argued September 12, 1978. John P. Donohue, Jr., Assistant Public Defender, with him Samuel W. Salus, II, Chief Public Defender, for appellant; Robert Selig, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.